IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:16-cv-11276 |
| | ) |
| LOWE'S HOME CENTERS, LLC | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

On this date the Court considered the motion of Plaintiff, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to dismiss this action with prejudice.

Finding good cause to dismiss this civil action, it is accordingly **ORDERED** that this civil action be and hereby is dismissed, with prejudice, each side to bear its own costs, including attorneys' fees.

The Clerk is directed to strike this action from the docket of the Court. The Clerk is further directed to send a certified copy of this Order to counsel of record.

ENTERED this 30th day of January, 2017

_____
Judge

Presented by and Agreed to:

*[signature]*

Samuel B. Petsonk (WV State Bar # 12418)
Mountain State Justice, Inc.
1031 Quarrier Street, Suite 200
Charleston, WV 25301
    *Counsel for Plaintiff*

*Eric W. Iskra / by S.B.K. 13007*
Eric W. Iskra (WV State Bar # 6611)
Spilman Thomas & Battle, PLLC
300 Kanawha Blvd., East (Zip 25301)
P.O. Box 273
Charleston, WV 25321-0273
    *Counsel for Defendant*